# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Clark McCarthy Healthcare Partners II ) ASBCA Nos. 60233, 60292, 60293
) 60375, 60554, 61078
Under Contract No. W9126G-13-C-0004 )

APPEARANCES FOR THE APPELLANT:     Eric L. Nelson, Esq.
Harry Z. Rippeon III, Esq.
    Smith, Currie & Hancock LLP
Atlanta, GA

Gregory H. Koger, Esq.
    Holland & Knight LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Thomas J. Warren, Esq.
    Acting Engineer Chief Trial Attorney
Charles L. Webster III, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

According to the contractor's Stipulation of Dismissal dated 6 February 2018, the parties have successfully negotiated a resolution to the underlying claims and the government has made the agreed-upon payment. We grant appellant's motion to dismiss these appeals with prejudice.

Dated: 7 February 2018

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60233, 60292, 60293, 60375, 60554, 61078, Appeals of Clark McCarthy Healthcare Partners II, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
